IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-M-825

MARY A. MOORE,

        Plaintiff,

v.

REGIS HOTEL I, LLC,

        Defendant.

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulated Motion for Dismissal, filed on July 13, 2005, it is

ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorney fees.

Dated: July 14th, 2005

        BY THE COURT:

        s/Richard P. Matsch

        Richard P. Matsch, Senior District Judge